UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>                Plaintiff,          )<br>                                    )<br>v.                                  )<br>                                    )<br>JAIME D. McGAHUEY,                  )<br>                                    )<br>                Defendant.          )<br>_____ ) | No. CR-12-6005-WFN-5<br><br>ORDER DENYING DEFENDANT'S<br>MOTION TO MODIFY<br><br>☑    MOTION DENIED<br>     **(ECF No. 120)** |

Date of Motion hearing: **August 1, 2012.**

   **IT IS ORDERED** Defendant's Motion to Modify (ECF No. 120) is **DENIED**. Defendant shall continue under electronic monitoring. The supervising U.S. Probation Officer shall have discretion to permit Defendant more time to spend with his family, if the supervising officer deems it appropriate, and provided Defendant continues to be in full compliance with the conditions of release.

   DATED August 1, 2012.


                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1