UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>JAIME DON McGAHUEY,<br><br>　　　　　　　Defendant. | No.　2: 12-CR-6005-WFN-5<br><br>ORDER TERMINATING SUPERVISED RELEASE |

Pending before the Court is Defendant's Motion for Early Termination of Supervised Release. ECF No. 323. The Court sentenced Defendant to a three year term of supervised release to follow imprisonment. Defendant has had a perfect record while on supervised release for the last year and a half; he has stable housing and has maintained employment; he has stayed clean and sober. Defendant represents that Probation Officer Joshua Schull has no objection to early termination and that the Government concurs. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Early Termination of Supervised Release, filed May 26, 2016, **ECF No. 323,** is **GRANTED**.

2. Defendant's remaining term of supervised release is **TERMINATED.**

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Joshua Schull.

**DATED** this 2nd day of June, 2016.

　　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
05-31-16　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER